AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

BLAS SANTOS, a/k/a "Nelson"

## WARRANT FOR ARREST

CASE NUMBER: 99-358-CR-T-24(A)

1:05-M-78 MA

RECEIVED U.S. MARSHAL
99 NOV 29 AM 9:5
DIST. OF FLORIDA TAMPA

To: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest BLAS SANTOS, a/k/a "Nelson" and bring him forthwith to the nearest magistrate to answer an **INDICTMENT** charging him with knowingly and intentionally conspiring to possess with intent to distribute five kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**SHERYL L. LOESCH**
Name & Title of Judicial Officer

**CLERK OF COURT**
Title of Issuing Officer

Signature of Issuing Officer

November 26, 1999 Tampa, Florida
Date and Location

Jennifer D. Bowerman
(By) Deputy Clerk

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____________ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | COPY | |

N:\udd\crm\rm81\f_warrant arrest

ATTN: Marie

RECEIVED
U.S. MARSHAL
99 NOV 23 PM 3:11
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

PANTALEON ACEVEDO,
a/k/a "Manuel Castellano,"
PITER MONTERO,
a/k/a "Chino,"
JESUS BEATON-PAEZ,
BLAS SANTOS,
a/k/a "Nelson,"
OSVALDO DUGROT, and
JOSE GARCIA,
a/k/a "Milo"

Case No.99- 358 CR T 24 A

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about May 1999, through on or about September 23, 1999, in the Middle District of Florida and elsewhere, the defendants,

PANTALEON ACEVEDO,
a/k/a "Manuel Castellano,"
PITER MONTERO,
a/k/a "Chino,"
JESUS BEATON-PAEZ,
BLAS SANTOS,
a/k/a "Nelson,"
OSVALDO DUGROT,
JOSE GARCIA, and
a/k/a "Milo,"

14

did knowingly and willfully combine, conspire, and agree together with each other and others known and unknown to the Grand Jury to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

**FORFEITURE**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in any and all of the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, which counts are realleged and incorporated as if fully set forth herein, the defendants,

PANTALEON ACEVEDO,
a/k/a "Manuel Castellano,"
PITER MONTERO,
a/k/a "Chino,"
JESUS BEATON-PAEZ,
BLAS SANTOS,
a/k/a "Nelson,"
OSVALDO DUGROT, and
JOSE GARCIA,

a/k/a "Milo"shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

a. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations; and

b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3. Such forfeiture shall include all property, real or personal, tangible or intangible, including any interest in said property of defendants.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

DONNA A. BUCELLA
United States Attorney

By: ____________________
JOSEPH K. RUDDY
Assistant United States Attorney

By: ____________________
WALTER E. FURR
Assistant United States Attorney
Chief, Drug Trafficking Section