AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.

v.

Blas Santos

APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Blas Santos

I certify that I am admitted to practice in this court.

5-27-05
*Date*

[signature]
*Signature*

Edward C. Roy Jr.
*Print Name* *Bar Number*

10 Weybosset St., Suite 300
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

401-528-4281
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher