AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Rhode Island

USA v. Blas Santos

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:05 M-78M

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Gov't Craig Moore | Edward Roy |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-27-05 - 5-31-05 | | Martha Saucier |

| ~~PLF.~~ Gov't NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/27/05 | | ✓ | photo Santos Blas |
| 2 | | " | | ✓ | photo Santos Blas |
| 3 | | 5/31/05 | ✓ | ✓ | Fingerprint Card |
| 4 | | 5/31/05 | ✓ | ✓ | FBI Report |
| 5 | | 5/31/05 | ✓ | ✓ | fugitive Report |
| 6 | | 5/31/05 | ✓ | ✓ | Warrant |
| 7 | | 5/31/05 | ✓ | ✓ | indictment |
| 8 | | 5/31/05 | ✓ | ✓ | DEA photo of Blas Santos |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.