IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MISC. No. 05-M-78M |
| | ) | |
| BLAS SANTOS, a/k/a Nelson | ) | |
| | ) | |

ORDER

This matter was heard on May 26, 2005, before Magistrate Judge Martin, on a removal hearing held pursuant to Rule 40 of the Federal Rules of Criminal Procedure, to determine whether the defendant BLAS SANTOS, a/k/a Nelson should be removed to Tampa in the Middle District of Florida to answer an indictment returned against him in that District.

The defendant, being represented by counsel, appeared for an identity hearing on May 31, 2005. Upon consideration of the evidence presented at the hearing and the arguments of counsel, the Court finds there is reasonable basis to conclude that the person before the Court is the same Blas Santos charged in the Indictment.

Wherefore, it is ORDERED that the defendant be removed in the custody of the U.S. Marshals Service to the Middle District of

Florida, Tampa Division to answer charges currently pending against him there.

Per Order,

____________________________
Deputy Clerk

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
United States District Court

DATE: 6-3-05