**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Transmittal Letter to:**

**Date: June 6, 2005**
**U.S.A. v. BLAS SANTOS**
**RI Case # 1:05-M-78M**

**Office of the Clerk**
**Sam M. Gibbons U.S. Courthouse**
**801 North Florida Ave.**
**Tampa, Florida 33602**
**813-301-5400**

**Your Docket No. CR 99-358-CR-T-24(A)**

**Enclosed herein please find original/certified copies of the following:**

**[X] Warrant of Arrest**
**[ ] Complaint**
**[X] Financial Affidavit**
**[] Order appointing counsel**
**[] CJA 20 - Appointment of Counsel under CJA**
**[] Order setting bail**
**[] Appearance Bond**
**[] Order setting conditions of release**
**[] Report of proceedings before U.S. Magistrate Judge/Minute Sheet**
**[] Waiver of preliminary hearing**
**[] Waiver of Identity Hearing/Removal Hearing**
**[] Detention Order**
**[X] Commitment to Another District (AO 94)**
**[X] Order of Removal**
**[X] Copy of docket entries from this district**
**[] Other (Violation of Pre-Trial Release)**

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return to this office:**

**Clerk's Office**
**U.S. District Court for the District of Rhode Island**
**United States District Courthouse**
**One Exchange Terrace**
**Providence, Rhode Island 02903**

*Martha Saucier*
**Deputy Clerk**